725 A.2d 1115

IN THE MATTER OF MARK D. CASWELL,
AN ATTORNEY AT LAW.

March 24, 1999.

## ORDER

The Disciplinary Review Board on December 23, 1998, having filed with the Court its decision concluding that **MARK D. CAS-WELL** of **CHERRY HILL,** who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of six months for violating *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to allow client to make an informed decision) and *RPC* 1.7(a) and (b) (conflict of interest), and good cause appearing;

It is ORDERED that **MARK D. CASWELL** is suspended from the practice of law for a period of six months, and until further Order of the Court, effective April 19, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.